[No. 820-2.    Division Two.    July 2, 1973.]

MARY VOSS, *Appellant,* v. OSCAR WILL et al., *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 60307, John H. Kirkwood, Jr., J., entered May 26, 1972. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Armstrong, JJ.

[No. 601-3.    Division Three.    July 2, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD PAUL COLLICOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 16484, Walter A. Stauffacher, J., entered March 31, 1972. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 950-2.    Division Two.    July 3, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EVERETT McFARLAND, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 42917, Horace G. Geer, J., entered October 10, 1972. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 771-2.    Division Two.    July 5, 1973.]

DEAN W. HANNA et al., *Appellants,* v. ROGER DEAN CLARK, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 44767, Hewitt A. Henry, J., entered April 3, 1972. *Reversed and remanded* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Armstrong, JJ.